# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: December 1, 2011**

Official Caption[1]

2011-1291, 2012-1046, -1057, -1087, -1088

DOUGLAS DYNAMICS, LLC,

Plaintiff-Appellant,

v.

BUYERS PRODUCTS COMPANY,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0261, Judge William M. Conley.

Authorized Abbreviated Caption[2]

DOUGLAS DYNAMICS V BUYERS PRODUCTS,
2011-1291, 2012-1046, -1057, -1087, -1088

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.